Kathryn Tassinari, OSB # 80115
Mark A. Manning, OSB # 00311
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEE W. SALANT,<br><br>  Plaintiff,<br><br>vs.<br><br>COMMISISONER,<br>Social Security Administration,<br><br>  Defendant. | Case No. 6:15-cv-01409-AA<br><br>SETTLEMENT AND STIPULATED<br>MOTION FOR ENTRY OF ORDER<br>AWARDING ATTORNEY'S FEES<br>PURSUANT TO EAJA |

The parties, through their respective counsel, hereby stipulate and agree that attorney fees in the amount of $5,161.84 should be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Payment of this award shall be made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff,* the award shall be made payable to Plaintiff's

attorney if the Commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program.

The parties jointly move this court for a dispositive order providing the relief agreed to herein and dismissing this action. Lars J. Nelson, attorney for the defendant, after reviewing these documents, has agreed to permit Kathryn Tassinari, attorney for the plaintiff, to sign this stipulation and motion on his behalf. There are no costs or expenses to be paid herein.

DATED this __12th__ day of January 2017.

                                             HARDER, WELLS, BARON & MANNING, P.C.

                                             s/Kathryn Tassinari
                                             Kathryn Tassinari, OSB #80115
                                             Of Attorneys for the Plaintiff

                                             s/Kathryn Tassinari for
                                             Lars J. Nelson
                                             Special Assistant US Attorney
                                             Attorney for Defendant
                                             Signed Per Email Authorization

Kathryn Tassinari, OSB # 80115
Mark A. Manning, OSB # 00311
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEE W. SALANT,<br><br>  Plaintiff,<br>vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>  Defendant. | Case No. 6:15-cv-01409-AA<br><br>ORDER FOR PAYMENT OF ATTORNEY<br>FEES PURSUANT TO EAJA |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,161.84 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff*, the award shall be made payable to Plaintiff's attorney if the commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program. There are no costs or expenses to be paid herein.

Dated this __17__ day of January 2017.

_____
U.S. District Judge/Magistrate

PRESENTED BY:
s/ Kathryn Tassinari
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff